STATE OF NEW JERSEY v. JOANNE E. RILEY.

May 30, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES IVORY FEGAN.

May 30, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. CARL JACKSON.

May 30, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. KIRK ARNOLD.

May 30, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. GREGORY GILCHRIST.

May 30, 1989.

Petition for certification denied.